**ARNOLD & PORTER KAYE SCHOLER LLP**
E. ALEX BEROUKHIM (Bar No. 220722)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
alex.beroukhim@arnoldporter.com

LORI B. LESKIN (*pro hac vice forthcoming*)
E. DEAN HARRIS PORTER (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019
Telephone: 212.836.8000
lori.leskin@arnoldporter.com
dean.porter@arnoldporter.com

*Attorneys for Defendants*
COSTCO WHOLESALE CORP. and
NICE-PAK PRODUCTS, INC.

**BURSOR & FISHER, P.A.**
L. TIMOTHY FISHER (Bar No. 191626)
JOSHUA R. WILNER (Bar No. 353949)
JOSHUA B. GLATT (Bar No. 354064)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel.: (925) 300-4455
Email: ltfisher@bursor.com
Email: jwilner@bursor.com
Email: jglatt@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISA BULLARD and MILA CORRIGAN, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORP. and NICE-PAK PRODUCTS. INC.,<br><br>Defendants. | Case No. 3:24-cv-03714-RS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Deadline: July 23, 2024 and July 29, 2024<br>New Deadline: August 9, 2024 |

Plaintiffs LARISA BULLARD and MILA CORRIGAN ("Plaintiffs") and Defendants COSTCO WHOLESALE CORP. ("Costco") and NICE-PAK PRODUCTS, INC. ("Nice-Pak") (collectively, "Defendants") hereby stipulate as follows:

1. Plaintiffs served Costco on July 2, 2024;
2. Costco's initial deadline to respond to the Complaint was July 23, 2024;
3. Plaintiffs served Nice-Pak on July 8, 2024;
4. Nice-Pak's initial deadline to respond to the Complaint was July 29, 2024;
5. Plaintiffs and Defendants agree to extend the time for Defendants to respond to the Complaint up to and including August 9, 2024, so that Defendants will have additional time to investigate this matter.

This change in response deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Dated: July 19, 2024

Respectfully Submitted

ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/ E. Alex Beroukhim
E. Alex Beroukhim
777 South Figueroa Street
Los Angeles, CA 90017-5844
Tel.: (213) 243-4059
Email: alex.beroukhim@arnoldporter.com

Lori B. Leskin (*pro hac vice forthcoming*)
E. Dean Harris Porter (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019
Tel.: (212) 836-8000
Email: lori.leskin@arnoldporter.com
Email: dean.porter@arnoldporter.com

*Attorneys for Defendants*
COSTCO WHOLESALE CORP.;
NICE-PAK PRODUCTS, INC.

Dated: July 19, 2024                                BURSOR & FISHER, P.A.


By:  /s/ L. Timothy Fisher (with authority)
    L. Timothy Fisher
    Joshua R. Wilner
    Joshua B. Glatt
    1990 North California Blvd., Suite 940
    Walnut Creek, CA 94596
    Tel.: (925) 300-4455
    Email: ltfisher@bursor.com
    Email: jwilner@bursor.com
    Email: jglatt@bursor.com

*Attorneys for Plaintiffs*


The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 19, 2024                                Respectfully Submitted

    ARNOLD & PORTER KAYE SCHOLER LLP


By:  /s/ E. Alex Beroukhim
    E. Alex Beroukhim
    777 South Figueroa Street
    Los Angeles, CA 90017-5844
    Tel.: (213) 243-4059
    Email: alex.beroukhim@arnoldporter.com

252459151