**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        jwilner@bursor.com
        jglatt@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISA BULLARD and MILA CORRIGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORP. and NICE-PAK PRODUCTS, INC.,<br><br>Defendant. | Case No. 3:24-cv-03714-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF MILA CORRIGAN'S CLAIMS WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mila Corrigan, by and through undersigned counsel, hereby dismisses her claims against Defendants Costco Wholesale Corp., and Nice-Pak Products, Inc., without prejudice.  This dismissal is only as to the individual claims of Plaintiff Mila Corrigan and not as to the claims of Plaintiff Larisa Bullard or putative class members.

Dated: July 31, 2024           **BURSOR & FISHER, P.A**.

By:     /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          jwilner@bursor.com
          jglatt@bursor.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF CORRIGAN'S CLAIMS WITHOUT PREJUDICE      1
CASE NO. 3:24-CV-03714-RS